1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CESARE REDMOND,                        No.  2:13-cv-1498 LKK DAD PS

12               Plaintiff,

13        v.                                ORDER

14   VISA UNIRUSH CARD and MORGAN
     GALSTER,
15
                 Defendants.
16

17            Plaintiff Cesare Redmond is proceeding pro se in this action.  The action has

18   therefore been referred to the undersigned pursuant to Local Rule 302(c)(21) for all purposes

19   encompassed by that rule.

20            On August 1, 2013, defendants filed a motion to dismiss and a proof of service.

21   Pursuant to Local Rule 230(l), plaintiff's opposition to the motion to dismiss was to be filed

22   within twenty-one days after the date of service of the motion and the failure to file an opposition

23   or statement of non-opposition may be deemed a waiver of opposition and may result in the

24   imposition of sanctions.  Id.  The twenty-one day period has expired and plaintiff has failed to

25   respond to the motion in any manner.

26            Plaintiff is advised that the failure of a party to comply with the Local Rules or any

27   order of the court "may be grounds for imposition by the Court of any and all sanctions

28   authorized by statute or Rule or within the inherent power of the Court."  Local Rule 110.  Any

                                              1

1    individual representing himself or herself without an attorney is bound by the Federal Rules of

2    Civil Procedure, the Local Rules, and all applicable law.  Local Rule 183(a).  Failure to comply

3    with applicable rules and law may be grounds for dismissal or any other sanction appropriate

4    under the Local Rules.  Id.

5              Here, plaintiff has failed to comply with Local Rule 230.  In light of plaintiff's pro

6    se status and in the interests of justice, the court will provide plaintiff with an opportunity to show

7    good cause for his conduct along with a final opportunity to oppose defendants' motion.

8              Accordingly, the court HEREBY ORDERS that plaintiff show cause in writing

9    within twenty-one days of the date of this order why this case should not be dismissed for lack of

10   prosecution.  Failure to timely file the required writing will result in a recommendation that this

11   case be dismissed.

12   Dated:  September 28, 2013

13

14   _____

15   DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE

16   DAD:6
     Ddad1\orders.pro se\redmond1498.osc.docx
17

18

19

20

21

22

23

24

25

26

27

28